FILED

July 27, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ J. Hellings
J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

United States of America,

        Plaintiff,              **DEFAULT JUDGMENT**

  vs.

                                **1:02-cv-5574 AWI LJO**

Real Property Located at
24990 Avenue 95, Terra Bella,
CA, APN: 320-230-053

       Defendant.

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff **United States of America** and against the Defendant **Real Property Located at 24990 Avenue 95, Terra Bella, CA, APN: 320-230-053 held by Jesus R. Ramos.**

Date: July 27, 2005

                        JACK L. WAGNER, Clerk

                        By /s/ J. Hellings
                          J. Hellings, Deputy Clerk