FILED

July 27, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ J. Hellings
J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

United States of America,

        Plaintiff,

vs.

Real Property Located at
24971 Avenue 95, Terra Bella, CA

        Defendant.

**DEFAULT JUDGMENT**

**1:02-cv-5574 AWI LJO**

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff **United States of America** and against the Defendant **Real Property Located at 24971 Avenue 95, Terra Bella, CA held by Roberto Torres**.

Date: July 27, 2005

                JACK L. WAGNER, Clerk

                By /s/ J. Hellings
                    J. Hellings, Deputy Clerk