FILED

July 27, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ J. Hellings
        J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO


United States of America,

            Plaintiff,                    **DEFAULT JUDGMENT**

      vs.
                                          **1:02-cv-5574 AWI LJO**

Real Property Located at
10545 Road 240 #A, Terra
Bella, CA
                  Defendant
.



     DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the

Plaintiff **United States of America** and against the Defendant

**Real Property Located at 10545 Road 240 #A, Terra Bella, CA**

**held by Roberto Torres and Maria Inez Torres.**



Date: July 27, 2005

                        JACK L. WAGNER, Clerk


                        _____
                        By /s/ J. Hellings
                           J. Hellings, Deputy Clerk