FILED

July 27, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ J. Hellings
          J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

United States of America,

                Plaintiff,              **DEFAULT JUDGMENT**

        vs.
                                        **1:02-cv-5574 AWI LJO**

Real Property Located at
26331 Avenue 96, Terra Bella,
CA
                Defendant.


    DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the

Plaintiff **United States of America** and against the Defendant

**Real Property Located at 26331 Avenue 96, Terra Bella, CA held**

**by Luis Torres Ramos and Martha Ramos Torres.**


Date: July 27, 2005

                        JACK L. WAGNER, Clerk


                        _____
                        By /s/ J. Hellings
                            J. Hellings, Deputy Clerk