**FILED**

July 27, 2005

Clerk, U. S. District Court
Eastern District of California

By /s/ J. Hellings
     J. Hellings, Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | **1:02-cv-5574 AWI LJO** |
| Real Property Located at 10545 Road 240 #B, Terra Bella, CA, APN: 302-340-038 | |
| Defendant. | |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff **United States of America** and against the Defendant **Real Property Located at 10545 Road 240 #B, Terra Bella, CA, APN: 302-340-038 held by Jose B. Torres, Jose Torres, and Oralia Torres**.

Date: July 27, 2005

JACK L. WAGNER, Clerk

By /s/ J. Hellings
    J. Hellings, Deputy Clerk